**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6770**

REGINALD U. FULLARD, a/k/a Reginald U. Fullard El Bey,

                Plaintiff - Appellant,

        v.

CORPORAL B. VALENTINE; C.K. ROBERTSON; LORI SYKES; LISMAR BOSQUES,

                Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, District Judge.  (1:18-cv-00386-LCB-JLW)

Submitted:  October 18, 2018                          Decided:  October 25, 2018

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Reginald U. Fullard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald U. Fullard appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint pursuant to 28 U.S.C. § 1915A (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fullard v. Valentine*, No. 1:18-cv-00386-LCB-JLW (M.D.N.C. June 11, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*